IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-50145
Conference Calendar

_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

GARY L. TROLLINGER,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. W-95-CR-94
- - - - - - - - - -
April 17, 1997

Before REAVLEY, DAVIS, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Gary L. Trollinger appeals his conditional guilty-plea conviction for felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). He argues that Congress exceeded its authority under the Commerce Clause and the Tenth Amendment in enacting § 922(g)(1). Trollinger's claims are without merit. We have held that § 922(g)(1) is constitutionally valid under the

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Commerce Clause.  <u>United States v. Rawls</u>, 85 F.3d 240 (5th Cir. 1996).  As to the Tenth Amendment claim, Trollinger has not demonstrated error, plain or otherwise.  <u>United States v. Olano</u>, 507 U.S. 725, 731-37 (1993).

    AFFIRMED.